STATE OF INDIANA ) ) SS: COUNTY OF ALLEN )

IN THE ALLEN SUPERIOR COURT

CAUSE NO. 02D01-0710-PL-523

CARMEN J. LARRANAGA, Plaintiff,

vs.

JOHN E. POTTER, Postmaster General, UNITED STATES POSTAL SERVICE, Defendants.

2007 OCT 22 PM 2:23

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, Carmen J. Larranaga ("Plaintiff"), by counsel, David C. Van Gilder, and files her cause of action against the Defendants, John E. Potter, Postmaster General, United States Postal Service, and alleges and states as follows:

1. The Plaintiff, Carmen J. Larranaga, is an individual and resident of Allen County, Indiana.

2. The Defendant, John E. Potter is the current Postmaster General of the United States Postal Service, and is successor to William Henderson.

3. The Plaintiff and Defendant entered into a certain Stipulation and Settlement Agreement on May 12, 1999 (the "Settlement Agreement"). A copy of the Settlement Agreement is attached hereto and marked as Exhibit "A."

4. The Plaintiff and Defendant entered into the Settlement Agreement in order to resolve all outstanding issues in Carmen J. Larranaga v. William Henderson, Postmaster General, United States Postal Service, Civil No. 1:98CV168, which was accordingly dismissed with prejudice on May 13, 1999.

5. The Plaintiff has at all times abided by the Settlement Agreement.

6. The Defendant has, without cause, failed to abide by paragraphs 3 and 7 of the Settlement Agreement.

7. Pursuant to paragraph 3 of the Settlement Agreement, Plaintiff was reinstated to a Part-Time Regular Mark-up Clerk, Automated (PS-04) position at the Fort Wayne, Indiana Post Office with a work schedule as follows:

> Non-scheduled days: Thursday/Sunday
> Saturday, Monday, Tuesday, Wednesday and Friday: 5:30 a.m. – 10:30 a.m.
> (one (1) hour unpaid lunch period).

8. On or about April 20, 2007, Defendant violated paragraph 3 of the Settlement Agreement by assigning Plaintiff to a work schedule of Monday through Saturday 6:00 p.m. to 12:00 a.m. The letter from Postmaster Dawn Partridge dated April 20, 2007, is attached hereto and marked as Exhibit "B."

9. On or about April 27, 2007, Defendant violated paragraph 3 of the Settlement Agreement by notifying the Plaintiff that the United States Postal Service would no longer honor the Settlement Agreement and that Plaintiff will "fall under the same rules and regulations as the other employees excessed from the CFS unit." The letter from Postmaster Dawn Partridge dated April 27, 2007, is attached hereto and marked as Exhibit "C."

10. On or about May 3, 2007, Plaintiff sent a letter to Robert T. Grueneberg in an effort to resolve this matter without court intervention. A copy of this letter is attached hereto and marked as Exhibit "D."

11. On or about August 6, 2007, Plaintiff sent a letter to Deborah M. Leonard, Assistant United States Attorney, asking her to intervene to resolve this matter without court intervention. A copy of this letter is attached hereto and marked as Exhibit "E."

12. On or about August 17, 2007, Defendant again violated paragraph 3 of the Settlement Agreement by offering Plaintiff positions that do not comply with the Settlement

Agreement and stating if she did not respond by August 23, 2007, she would involuntarily be placed into a vacancy. A copy of this letter and Plaintiff's response are attached hereto and marked Exhibit "F" and "G."

13. To date, Defendant has failed and refused to place Plaintiff into a position that is consistent with paragraph 3 of the Settlement Agreement.

14. Pursuant to paragraph 7 of the Settlement Agreement, the Defendant was to remove from Plaintiff's personnel folder all documents relating to Plaintiff's previous discipline and agreements related to discipline.

15. On or about January 18, 2007, Plaintiff inspected her personnel folder and found therein all of the documentation relating to discipline prior to May 12, 1999, which remained in the personnel folder, contrary to Defendant's obligation under the Settlement Agreement.

16. Plaintiff has incurred damages as a result of Defendant's breach of the Settlement Agreement.

17. Plaintiff has incurred costs and attorney's fees in attempting to resolve this matter and requests that Defendant pay all said costs and attorney's fees incurred in this matter.

WHEREFORE, Plaintiff, Carmen J. Larranaga, respectfully requests that the Court issue an order directing Defendant to comply with the Settlement Agreement, award damages to Plaintiff, for the costs and attorney's fees incurred in this action, and for all other just and proper relief in the premises.

Respectfully submitted,
VAN GILDER & TRZYNKA, P.C.

By David C. Van Gilder

David C. Van Gilder, ID #15290-02
436 East Wayne Street
Fort Wayne, IN 46802
Telephone: (260) 424-8132
Courthouse Box 6

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

99 MAY 12 PM 3:39

CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

CARMEN J. LARRANAGA, )
)
Plaintiff, )
)
v. ) CIVIL NO. 1:98CV168
)
WILLIAM HENDERSON, )
Postmaster General, )
UNITED STATES POSTAL )
SERVICE, )
)
Defendant. )

## STIPULATION AND SETTLEMENT AGREEMENT

The parties in this cause of action, Carmen J. Larranaga, represented by Christopher C. Myers, Esq., Myers & Geisleman, an Association, and the Postmaster General of the United States Postal Service, represented by Jon E. DeGuilio, United States Attorney, and Deborah Leonard, Assistant United States Attorney, both for the Northern District of Indiana, and Robert T. Grueneberg, Attorney for the United States Postal Service, agree to compromise the above-captioned civil action as follows:

1. Carmen J. Larranaga agrees to take whatever action is necessary to cause this case to be dismissed, with prejudice, to waive any and all claims against the United States Postal Service, and release the United States Postal Service, its agents and employees, from all liability for any claims arising out of any of the facts alleged in her Complaint or related to this cause of action and which may have arisen against the Postmaster General, as of the date of the execution of this Settlement Agreement.

EXHIBIT

A

2. The Postmaster General agrees to pay Carmen J. Larranaga the sum of Ninety Thousand Dollars ($90,000.00). She and her attorneys agree that this sum includes all payments, including attorney fees and costs, and shall be paid in two (2) separate checks as follows: (1) a lump sum payment to Carmen J. Larranaga, in the amount of Seventy-One Thousand Five Hundred Dollars ($71,500.00); and (2) a payment to Christopher C. Myers, her attorney, in the amount of Eighteen Thousand Five Hundred Dollars ($18,500.00). Said payment to Christopher C. Myers, represents any and all fees and costs arising from his representation of Carmen J. Larranaga, to which he and the law firm of Myers and Geisleman are entitled. Carmen J. Larranaga and her attorneys agree that this constitutes a waiver of any rights they may have to collect attorney's fees or costs pursuant to 42 U.S.C. § 2000e-5(k).

3. Provided that Carmen J. Larranaga successfully meets the following pre-employment criteria: The appropriate typing test requirement; drug screen; conviction record check, as well as the physical requirements, Carmen J. Larranaga shall be reinstated to a Part-Time Regular Mark-up Clerk, Automated (PS-04) position at the Fort Wayne, Indiana Post Office. If the above-stated criteria is met, the Manager, Human Resources, Greater Indiana District, will waive any regulation that prohibits reinstatement of Carmen J. Larranaga or give effect to this Settlement Agreement. This Part-Time Regular position is a twenty (20) hour per week position. Plaintiff's work schedule will be as follows:

Non-scheduled days: Thursday/Sunday.
Saturday, Monday, Tuesday, Wednesday and Friday: 5:30 a.m. - 10:30 a.m. (one (1) hour unpaid lunch period).

4. The effective date of the reinstatement will be at the next possible effective date after the successful completion of the position requirements set forth in Paragraph #3 above. Plaintiff's

hourly rate of pay will be at PS-04, Step J. Current hourly basic rate for Part-Time Regular Employees at PS-04, Step J (effective March 13, 1999) is Seventeen Dollars and 49/100 ($17.49) per hour.

5. Plaintiff will be subject to the same rules and regulations as all other employees. Her seniority date will be established in accordance with the provisions of the National Agreement between the United States Postal Service and the APWU. Plaintiff understands that annual leave and sick leave accrual will be determined by the leave earning category (for annual leave) and the number of hours worked by Plaintiff per pay period.

6. This Settlement Agreement also resolves any and all pending issues of any and all EEO cases filed relating to this matter, including, but not limited to, EEO Cases 4-J-460-1206-96; 1-J-468-1006-96; and 4-J-460-1113-95. However, the parties understand this agreement does not apply to any retaliatory or discriminatory conduct occurring after the execution of this Settlement Agreement.

7. By entering this agreement, neither party admits any liability or wrongdoing. Any and all of plaintiff's previous discipline and settlement agreements related to discipline shall be removed from her official personnel folder. The settlement is not to be construed as a comment or admission of the merits of either party's claims or defenses.

8. The parties agree that the terms of this Stipulation and Settlement Agreement are unique to the facts and circumstances of this case and will not establish any precedent whatsoever, except as is necessary to implement the terms and conditions of the agreement and as required by law. This Settlement Agreement may not be used as a basis by either party, any individual, or any representative or organization for seeking or justifying similar terms in any subsequent case.

9. The parties stipulate that this Agreement fully sets forth all of the terms and conditions governing the settlement of the above-captioned civil action.

10. The parties agree that after reviewing this entire Agreement, they freely and voluntarily enter into it and recognize that this document will bind all the parties to the Agreement. The parties have read the Stipulation contained in the Stipulation and Settlement Agreement.

Carmen J. Larranaga agrees that she has been counseled by her representatives and states that she fully understands the terms and conditions of this Stipulation and Settlement Agreement. The undersigned parties have agreed to settle Civil Action Number 1:98CV0168 in accordance with the terms contained in this Agreement, consisting of five (5) pages and have executed this document on the date indicated.

CARMEN J. LARRANAGA
Plaintiff

POSTMASTER GENERAL
Defendant

JON E. DEGUILIO
UNITED STATES ATTORNEY

By: [signature]
Deborah M. Leonard
Assistant United States Attorney
Atty. # 7087-49
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802-3489
Telephone: (219) 422-2595
Facsimile: (219) 426-1616

[signature] 5-5-99
Carmen J. Larranaga, Plaintiff

Christopher C. Myers
MYERS & GEISLEMAN
809 S. Calhoun Street
Suite 400
Fort Wayne, IN 46802

Robert T. Grueneberg
Attorney
United States Postal Service
Law Department
300 S. Riverside Plaza, Suite 1480-S
Chicago, IL 60606-6617
(312) 627-2990

Dated: May 12, 1999

## CERTIFICATE OF SERVICE

This is to certify under a penalty of perjury that on the 12th day of May 1999, I deposited in the United States mail, a copy of the foregoing STIPULATION AND SETTLEMENT AGREEMENT and STIPULATION OF DISMISSAL properly addressed to:

Christopher C. Myers
MYERS & GEISLEMAN
809 South Calhoun Street
Suite 400
Fort Wayne, IN 46802

Susan Cleffman-Huff
Susan Cleffman-Huff
Legal Secretary

OFFICE OF THE U.S. ATTORNEY
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802-3489
Telephone: (219) 422-2595
Facsimile: (219) 426-1616

UNITED STATES POSTAL SERVICE

Date: April 20, 2007

Name: Carmen Larranaga
Title: Unassigned Part-Time Regular

SUBJECT: Employee Notification, Reassignment – Schedule

This is to notify you of your new schedule as an unassigned regular. Effective Saturday, April 21, 2007, you are to report to P/L 334 at the Ft. Wayne P&DC. Your new schedule as an unassigned regular part-time regular employee will be as follows:

| | |
|---|---|
| SDOs: | Sunday |
| Start Time: | 6:00 p.m. |
| End Time | 12:00 a.m. |

As an unassigned regular part-time employee, you are encouraged to bid on posted vacancies for which you are eligible. If you do not bid, or are an unsuccessful bidder, you will be assigned to any vacant duty assignment for which there is no senior bidder in the same craft, in accordance with the appropriate craft article.

If you have any questions, please contact Pamela Parrish at 317-870-8614. I regret any inconvenience this action may cause you.

Dawn Partridge
Postmaster

cc: APWU
Terry Walker, Tour 3

EXHIBIT
6

FORT WAYNE POST OFFICE
POSTMASTER

UNITED STATES
POSTAL SERVICE

April 27, 2007

Carmen Larranaga
707 Russell Ave.
Fort Wayne IN 46808

Dear Carmen:

I was out of the office a few days and upon my return received the letter from you dated April 20, 2007. I note in your letter you state that you're volunteering to work 18:00 to 24:00 to assist the Post Office even though the hours are outside of your settlement hours. I think it's only right to inform you that the Law Department, who in turn contacted the US Attorney's office, both agreed that since CFS has been discontinued, you now fall under the same rules and regulations as the other employees excessed from the CFS unit.

I therefore urge you to bid on vacant positions that you're eligible to apply for that will conform to your personal needs; otherwise, you may be involuntarily assigned to a position in accordance with Article 37 of the National Agreement.

Sincerely,

Dawn R. Partridge
Postmaster

Cc: Tom Halcisak
Gary Soultz
Gene Mills
File

EXHIBIT
C

1501 S CLINTON ST
FORT WAYNE IN 46802-9998
TEL: 260.427.7300
FAX: 260.427.7346

David C. Van Gilder
Ann M. Trzynka
Dustin M. Roach*
*Also licensed in Ohio
Thomas A. Swihart
Of Counsel

VG&T Van Gilder Trzynka, P.C.
attorneys at law

Stephen P. Griebel*
Michael A. Setlak
*Also licensed in Illinois

436 East Wayne Street • Fort Wayne, IN 46802
Telephone: (260) 424-8132 • Fax: (260) 969-5301

May 3, 2007

Robert T. Grueneberg, Esq.
United States Postal Service
Law Department
300 S. Riverside Plaza, Suite 1480-S
Chicago, IL 60606-6617

RE: Carmen J. Larranaga, US District Court Northern District of Indiana
Civil No. 1:98CV168
Our File No. GR5687

Dear Mr. Grueneberg:

C O P Y

We are the attorneys representing Carmen Larranaga regarding post-settlement matters in her complaint against her employer, the United States Postal Service, in Fort Wayne, Indiana. A copy of the May 1999 Stipulation and Settlement Agreement is attached for your ready reference.

You may recall that in 1999, after Carmen was reinstated as required in the settlement, supervisors in the Fort Wayne office attempted to initiate the paperwork for a probationary period. Ms. Larranaga contacted you and that matter was cleared so that the terms of the settlement would not be violated.

Thereafter, until October 2005, Ms. Larranaga worked the hours and days of the week called for in the settlement agreement, and she also volunteered a few more hours per week. These volunteer hours were not prohibited by the settlement. In October 2004, there was an apparent attempt to mandate additional hours, and that matter also required attorney intervention. See attached letter from attorney Gary Lebrato.

Presently, Carmen Larranaga has been advised that the Postal Service will no longer honor the settlement agreement with respect to work hours and days. See attached letters of April 20 and 27, 2007, from Postmaster Dawn Partridge. This is an error. Nothing in the 1999 Settlement conditions the work hours and days to a particular department (in this case, CFS). Moreover, there are jobs within Carmen's position as a Part Time Regular employee that are both needed at the Fort Wayne facility and within the hours and days called for in the Settlement Agreement.

We ask your, or a designee's, immediate involvement in this matter so that the Settlement Agreement is honored and Carmen Larranaga is fully restored to the work hours and days she is entitled to under the agreement.

EXHIBIT
tabbles
D

Please reply no later than May 11, 2007, so that I can assure my client that this misunderstanding by the Postmaster in Fort Wayne has been corrected.

Very truly yours,

David C. Van Gilder

DVG:jeh

Enclosures

cc: Assistant United States Attorney Deborah M. Leonard
Dawn R. Partridge, Postmaster
Carmen Larranaga

David C. Van Gilder
Ann M. Trzynka
Dustin M. Roach*
*Also licensed in Ohio
Thomas A. Swihart
Of Counsel

Van Gilder & Trzynka, P.C.
Attorneys at Law
436 East Wayne Street • Fort Wayne, IN 46802
Telephone: (260) 424-8132 • Fax: (260) 969-5861

Stephen P. Griebel*
Michael A. Sedlak
*Also licensed in Illinois

August 6, 2007

Deborah M. Leonard
Assistant United States Attorney
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802-3489

RE: Carmen J. Larranaga, US District Court Northern District of Indiana
Civil No. 1:98CV168
Our File No. GR5687

C
O
P
Y

Dear Ms. Leonard:

Thank you for your calls and messages last week regarding the availability of positions open for bid at the US Postal Service. Carman Larranaga was aware of these postings and provided me with copies of them.

The problem in a nutshell is that we view the Settlement Agreement as binding the Postal Service to retain Carmen in a position for the days and hours specified in the agreement. To the extent Carmen agrees to bid on any job outside the Agreement she may undercut her ability to enforce that binding effect.

I call your attention in particular to page five of the enclosed job listings. There are quite a few openings for a "newly created position" in the box section, and the dates and times reveal a great deal of flexibility in terms of coverage for these positions. It seems clear that the Postal Service could easily have created a position that was tailored to Carmen's Settlement Agreement. For example, job 8833520 would be identical to what was called for in the agreement with the addition of Sunday as a day off and a shift of the work time one hour later. The next listing down, 8833527, shows that Sunday could be a day off and that the hours could be 0500 to 0900.

The Postal Service needs to work with Carmen to place her in a job with work days and times in accordance with the Settlement Agreement. Apparently, it can be done, and I ask you to intervene with the relevant authorities at the Postal Service to accomplish the task. It appears also that Carmen's legal option is to file a new claim in District Court in the event we cannot resolve this issue.

EXHIBIT
E

I look forward to your reply.

Very truly yours,

David C. Van Gilder

DVG:jeh
Enclosure
cc: Carmen Larranaga

```
JOB ID: 8832498     23150063  MAIL PROCESSING CLERK          SP2046      P     05    TOUR 2    PL C15    LDC: 43    D/A: 310
                       DG19   FORT WAYNE POST OFFICE
                  DG19-0174 NORTHWOOD STA RETAIL & MGHT UN     NORTHWOOD STA
                       SCHEMES:                46835
                                               46815
                    SCHEDULE NO: 00404   WEEK        DAYS ON              START END    DAYS OFF
                                                     SA MO TU WE TH FR    0400  1000   SU
                          COMMENTS: NEWLY CREATED POSITION 7/20/2007.
                                    PRINCIPAL ASSIGNMENT AREA: DISTRIBUTION AND
                                    OTHER DUTIES AS ASSIGNED.
AWARDED TO: *** NO SUCCESSFUL BIDDER ***


JOB ID: 8832509     23200001  SALES AND SERVICES ASSOCIATE                   P     05    TOUR 3    PL 015    LDC: 45    D/A  310
                       DG19   FORT WAYNE POST OFFICE
                  DG19-0174 NORTHWOOD STA RETAIL & MGHT UN     NORTHWOOD STA
                       SKILLS:                 SALES & SERVICE ASSOC TRAINING
                    SCHEDULE NO: 01116   WEEK        DAYS ON              START END    DAYS OFF
                                                     MO TU WE TH FR       1400  1900   SA SU
                          COMMENTS: NEWLY CREATED POSITION 7/20/2007.
                                    PRINCIPAL ASSIGNMENT AREA: RETAIL WINDOW AND
                                    OTHER DUTIES AS ASSIGNED.
                          ALLOWANCE: UNIFORM
AWARDED TO: *** NO SUCCESSFUL BIDDER ***


JOB ID: 8833520     23150063  MAIL PROCESSING CLERK          SP2046      P     05    TOUR 2    PL 031    LDC: 44    D/A: 310
                       DG19   FORT WAYNE POST OFFICE
                  DG19-0172 MAIN OFFICE RETAIL SVCS UNIT      GMF/VMF
                    SCHEDULE NO: 01119   WEEK        DAYS ON              START END    DAYS OFF
                                                     SA SU MO TU WE FR    0400  0900   TH
                          COMMENTS: NEWLY CREATED POSITION 7/21/2007.
                                    PRINCIPAL ASSIGNMENT AREA: BOX SECTION
                                    AND OTHER DUTIES AS ASSIGNED.
AWARDED TO: *** NO SUCCESSFUL BIDDER ***


JOB ID: 8833527     23200003  SALES,SVCS/DISTRIBUTION ASSOC  SP2-1       P     05    TOUR 2    PL 031    LDC: 48    D/A: 310
                       DG19   FORT WAYNE POST OFFICE
                  DG19-0172 MAIN OFFICE RETAIL SVCS UNIT      GMF/VMF
                       SCHEMES:                46802-03
                       SKILLS:                 SALES & SERVICE ASSOC TRAINING
                    SCHEDULE NO: 01120   WEEK        DAYS ON              START END    DAYS OFF
                                                     SA                   1100  1700   SU
                                                     MO FR                1200  1800   SU
                                                     TU                   0330  0930   SU
                                                     WE                   0500  0900   SU
                                                     TH                   0400  0900   SU
                          COMMENTS: NEWLY CREATED POSITION 7/21/2007.
                                    PRINCIPAL ASSIGNMENT AREA: DISTRIBUTION, RETAIL,
                                    BOX SECTION, POSTAGE DUES, POSTAL ONE, DELIVERY
                                    AND OTHER DUTIES AS ASSIGNED.
                          ALLOWANCE: UNIFORM
AWARDED TO: *** NO SUCCESSFUL BIDDER ***
```

David C. Van Gilder
Ann M. Trzynka
Dustin M. Roach*
*Also licensed in Ohio
Thomas A. Swihart
Of Counsel

VG&T Van Gilder Trzynka, P.C.
Attorneys at Law

486 East Wayne Street • Fort Wayne, IN 46802
Telephone: (260) 424-8182 • Fax: (260) 969-5861

Stephen P. Griebel*
Michael A. Setlak
*Also licensed in Illinois

August 23, 2007

**BY HAND DELIVERY**

George Mueller
Manager, Customer Service Support
1501 S. Clinton Street
Fort Wayne, IN 46802-9998

RE: Carmen J. Larranaga, US District Court Northern District of Indiana
Our File No. GR5687

C O P Y

Dear Mr. Mueller:

I have your letter dated August 17, 2007, directed to Carman Larranaga, and wish to respond to it on her behalf. In particular, the deadline you set, August 23, is not attainable and we ask that you extend it one additional week to August 30, 2007.

As you may know, I have been in discussion with Deb Leonard, who is an Assistant United States Attorney and who has been representing the interests of the Postal Service. My letter of August 6 is enclosed for your information. Ms. Leonard telephoned me on Friday, August 17, advising that she would be out of town until August 27. In the absence of legal counsel for the Postal Service, I cannot properly advise Ms. Larranaga to meet the August 23 deadline. We want to reach a comprehensive agreement with the Postal Service that preserves the contract USPS has with Ms. Larranaga and that meets the work needs of the Postal Service.

In the event that you cannot extend the response date, and so that Carmen Larranaga is not considered insubordinate or involuntarily placed in a vacancy, we make the following specific response on her behalf. Ms. Larranaga selects Job ID 8833527. Her first choice is 0500 to 0900, Wednesday on and Sunday off. Her second choice is 0400 to 0900, Thursday on and Sunday off. Her third choice would be Job ID 8833520.

EXHIBIT
G

Please be reminded that none of these choices or the other job listings complies with the contract and settlement agreement entered into between the Postal Service and Ms. Larranaga. Our view remains as is set forth in my August 6 letter to Deb Leonard. The above selections are made solely so that Carmen Larranaga is responsive to your letter of August 17.

Sincerely,

David Van Gilder
For Carmen Larranaga

DVG/jeh

Enclosure

cc: Carmen Larranaga
Robert Grueneberg, Esq.
Deborah Leonard, Esq.